**Petition for Writ of Mandamus Denied and Memorandum Opinion filed March 8, 2018.**



In The

# Fourteenth Court of Appeals

### NO. 14-18-00141-CV

### IN RE ALEX MELVIN WADE JR., Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**151st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2017-40579**

---

## MEMORANDUM OPINION

On February 22, 2018, relator Alex Melvin Wade, Jr. filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221 (West Supp. 2017); *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Mike Engelhart, presiding judge of the 151st District Court of Harris County, to recuse himself. *See* Tex. R. Civ. P. 18a.

The record before this court does not contain a motion to recuse Judge Engelhart in cause No. 2017-40579-7 or an order denying any such motion. *See*

*Walker v. Packer*, 827 S.W.2d 833, 837 (Tex. 1992) (orig. proceeding); Tex. R. App. P. 52.7(a)(1) (relator must file with petition "a certified or sworn copy of every document that is material to the relator's claim for relief and that was filed in any underlying proceeding"). "A party's right to mandamus relief generally requires a predicate request for some action and a refusal of that request." *In re Perritt*, 992 S.W.2d 444, 446 (Tex. 1999) (orig. proceeding); *In re Le*, 335 S.W.3d 808, 814–15 (Tex. App.—Houston [14th Dist.] 2011, no pet.).

Relator's petition for writ of mandamus is denied.


PER CURIAM

Panel consists of Justices Boyce, Donovan, and Wise.